**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01069-RPM

SHERA DIAZ,
ROGER PORTER,
SEAN TIMMONS,

    Plaintiffs,
v.

THE UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER VACATING ORDER OF REFERENCE**
_____

    This civil action having been reassigned to permit a coordinated approach to the management with the other civil actions pending before this Court, it is

    ORDERED that the order of reference to Magistrate Judge Craig B. Shaffer entered April 24, 2012, is vacated.

    Dated: May 4th, 2012.

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District Judge