**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01069-RPM

SHERA DIAZ,
ROGER PORTER, and
SEAN TIMMONS,

       Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

---

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

---

Before the Court is the parties' Joint Motion to Extend Defendant's Deadline to Respond

to Complaint.  Having reviewed the motion, and good cause appearing therein, the motion is

GRANTED.  The defendant's deadline to answer or otherwise respond to the complaint is

hereby extended pending further order of the Court.


Dated:  June 25th, 2012.                 BY THE COURT:

                                        s/Richard P. Matsch

                                 _____

                                 Hon. Richard P. Matsch
                                 United States District Judge