IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01069-RPM

SHERA DIAZ,
ROGER PORTER,
SEAN TIMMONS,

    Plaintiffs,
v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

ORDER FOR REMAND

---

The Defendant proposes a voluntary remand for the purpose of reconsidering its decisions in light of guidance provided by this Court's order dated December 13, 2013, in the related action, *Kevin Stringer et al. v. United States of America*, Civil Action No. 11-cv-02584-RPM.  Upon consideration of that request, it is

ORDERED that the administrative decisions denying TSGLI benefits for Plaintiffs Shera Diaz, Roger Porter and Sean Timmons are vacated and these matters are remanded to the United States Army for further consideration.

    Dated: January 22, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge